UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| **MONICA ABBOUD, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**AMERICAN AUTO GROUP, LLC**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:25-cv-2937<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

I, Evelyn Martinez, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on June 25, 2025, at 12:39 pm. I delivered these documents to American Auto Group, LLC in Orange County, CA on June 26, 2025 at 4:19 pm at 6789 Quail Hill Pkwy, Suite 722, Irvine, CA 92603 by leaving the following documents with Bree (refused last name) who as Manager at AIM Mail Center is authorized by appointment or by law to receive service of process for American Auto Group, LLC.

Summons and Complaint

Additional Description:
Spoke with Bree at the AIM Mail Center, she stated yes when subject was named ,,confirmed the subject has PO BOX 722. She is authorized to receive the documents. She took the documents

Unknown Female, est. age 25-34, glasses: Y, Black hair, 220 lbs to 240 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.6540685399,-117.7783797981
Photograph: See Exhibit 1

Total Cost: $85.00

My name is Evelyn Martinez, I am 18 years of age or older, and my address is 3405 S. Plaza Dr., Apt J, Santa Ana, CA 92704, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Orange County__, __CA__ on __7/1/2025__.

/s/ *Evelyn Martinez*
Evelyn Martinez
+1 (714) 469-3911
Certification Number: PS-6350
Expiration Date: 5/8/2027

