IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **MONICA ABBOUD,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br><br> **AMERICAN AUTO GROUP, LLC** <br><br> *Defendant.* | **CASE NO. 4:25-cv-02937** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

          MONICA ABBOUD,
          By her attorney

By: */s/ Anthony Paronich*
     Anthony Paronich
     **Paronich Law, P.C.**
     350 Lincoln St, Suite 2400
     Hingham, MA 02043
     Phone: (617) 485-0018
     Fax: (508) 318-8100
     anthony@paronichlaw.com

     Attorney for Plaintiffs

Dated: July 28, 2025