United States District Court
Southern District of Texas
**ENTERED**
July 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Monica Abboud, | § |
| Plaintiff, | § § § |
| v. | §  Civil Action No. H-25-2937 |
| American Auto Group, LLC, | § § § |
| Defendant. | § § |

## ORDER OF DISMISSAL

On July 28, 2025, Plaintiff, Monica Abbout, filed a Notice of Dismissal (docket no. 7) stipulating to the voluntary dismissal of this action against Defendant, American Auto Group, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Accordingly, this Court accepts the Notice for voluntary dismissal and this action is hereby **DISMISSED WITHOUT PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 29th day of July, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE